IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY,<br><br>Debtor. | Case No. 2:22-MC-00182-KJM-KJN<br><br>**WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:17-CR-00006-JAM |
| THE VANGUARD GROUP, INC.,<br>(and its Successors and Assignees)<br><br>Garnishee. | |

To Garnishee:    THE VANGUARD GROUP, INC.
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

    The United States has filed an Application for a Writ of Garnishment against property up to and including the amount of $3,970,323.49, in your possession, custody, or control in which Debtor, John A. Crosby, social security number ***-**-1027, has an interest.

    On or about February 25, 2022, the United States District Court sentenced Debtor in criminal case number 2:17-CR-00006-JAM and ordered Debtor to pay a statutory assessment of $200.00, a fine

WRIT OF GARNISHMENT                                    1

of $10,000.00, and restitution of $3,600,294.08 ("Judgment Amount").  As of May 24, 2022, Debtor owes $3,610,294.08.  Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt.  No interest accrues on this debt.  The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($360,029.41) pursuant to 28 U.S.C. § 3011(a).  The total amount sought by this garnishment action is $3,970,323.49.

Pursuant to this Writ of Garnishment, you are required to withhold property up to and including the amount of $3,970,323.49 in which Debtor has an interest as defined by 28 U.S.C. §3002(12) beginning on the date you receive this Writ and retain the property withheld until the Court issues an order directing the property's disposition. 28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

You are further required by law to complete under oath the accompanying Acknowledgment of Service and Answer of Garnishee ("Answer").  You must file the **original** Answer within **ten** (10) days of receipt of this Writ of Garnishment with the Clerk's Office for the United States District Court, Eastern District of California.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABLE FOR THE AMOUNT OF DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD IN ADDITION TO REASONABLE ATTORNEY'S FEES TO THE UNITED STATES.** *IT IS UNLAWFUL TO PAY, DISBURSE, OR DELIVER TO DEBTOR ANY PROPERTY DESCRIBED IN THIS WRIT UNTIL FURTHER ORDER OF THIS COURT.*

If you have any questions, especially regarding service of the documents, you may contact Laura Leone, at the United States Attorney's Office, at 916.554.2957.

Dated: **JUN - 7 2022**

KEITH HOLLAND
Clerk, U.S. District Court

L. READER

By: _____
Deputy Clerk

WRIT OF GARNISHMENT                                         2