IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY,<br><br>Debtor.<br><br>THE VANGUARD GROUP, INC.,<br><br>Garnishee. | No. 2:22-mc-0182 KJM DB<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT** |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (ECF No. 4), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Garnishment issued on June 7, 2022, (ECF No. 3), is hereby TERMINATED; and

////

////

////

ORDER TERMINATING WRIT OF GARNISHMENT       1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  February 19, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvCrosby0182.term.writ.ord